USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RIDGEVIEW IP LLC,                               :
                                                :
                              Plaintiff,        :
                                                :         1:22-cv-10178-GHW
              -against-                         :
                                                :              ORDER
COMODO SECURITY SOLUTIONS, INC.,                :
                                                :
                              Defendant.        :
---------------------------------------------------------------:
                                                :
                                                X

GREGORY H. WOODS, United States District Judge:

In the Court's order dated December 2, 2022, Dkt. No. 9, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than February 10, 2023. The Court has not received either document. The parties are directed to comply with the Court's December 2, 2022 order forthwith, and no later than February 15, 2023.

SO ORDERED.

Dated: February 13, 2023
New York, New York
                                           _____
                                           GREGORY H. WOODS
                                           United States District Judge